Mario SANDOVAL–GOMEZ, aka Milton Alvarado–Sandine, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 10–73448.

United States Court of Appeals, Ninth Circuit.

Oct. 24, 2014.

Carlos M. Lazatin, Zoheb Noorani, Sabrina Strong, O'Melveny & Myers LLP, Los Angeles, CA, for Petitioner.

M. Jocelyn Lopez Wright, Oil, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RONALD M. GOULD and N. RANDY SMITH, Circuit Judges, and MORRISON C. ENGLAND, Chief District Judge.*

## ORDER

The opinion filed on September 22, 2014, and published at 768 F.3d 904, is **VACAT-**

---

* The Honorable Morrison C. England, Jr., Chief District Judge for the U.S. District Court for the Eastern District of California, sitting by designation.

**ED.** It may not be cited as precedent by or to this court or any district court of the Ninth Circuit. The panel withdraws submission of the case pending resolution of *Almanza–Arenas v. Holder,* No. 09–71415.